

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-19-00829-CR

Jesus **MONSIVAIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1685
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is due on or before **November 9, 2020**.

It is so **ORDERED** on October 21, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court